The conduct of Judge Griffin at the time in question was prejudicial to the administration of justice and brought the judicial office into disrepute, in violation of Canons 2A, 3A(2), and 3A(3) of the Code of Judicial Conduct. For this conduct, Judge Griffin merits censure.

Now, therefore, it is ordered by the Supreme Court in Conference that Judge Kenneth A. Griffin be, and he is hereby, censured by this Court for the conduct specified in the Commission's findings.

CARTWOOD CONSTRUCTION COMPANY, INC., PLAINTIFF v. WACHOVIA BANK & TRUST COMPANY, N.A., NORTHWESTERN BANK, FIRST FINANCIAL SAVINGS & LOAN ASSOCIATION, INC., DEFENDANTS, AND WACHOVIA BANK & TRUST COMPANY, N.A., DEFENDANT AND THIRD PARTY PLAINTIFF v. VIRGIL REID PATTERSON, D/B/A THE PATTERSON COMPANY, THIRD PARTY DEFENDANT

No. 60A87

(Filed 7 July 1987)

Justice WEBB did not participate in the consideration or decision of this case.

APPEAL of right under N.C.G.S. § 7A-30(2) by the defendants and the defendant third party plaintiff from the decision of a divided panel of the Court of Appeals, 84 N.C. App. 245, 352 S.E. 2d 241 (1987), affirming in part and reversing and remanding in part judgment entered by *Seay, J.,* on 3 February 1986 in Superior Court, FORSYTH County. Heard in the Supreme Court on 9 June 1987.

*Nifong, Ferguson & Sinal, by Paul A. Sinal, for plaintiff appellee.*

*Bell, Davis & Pitt, P.A., by William Kearns Davis and Stephen M. Russell, for defendant appellant, Wachovia Bank & Trust Company, N.A.*

*Petree, Stockton & Robinson, by William R. Loftis, Jr. and Penni Pearson Bradshaw, for defendant appellant, Northwestern Bank.*

PER CURIAM.

Affirmed.

Justice WEBB did not participate in the consideration or decision of this case.

---

STATE OF NORTH CAROLINA v. TRACY DEMONT HUMPHRIES AND JAMES EDWARD JAMISON

No. 613PA86

(Filed 7 July 1987)

ON discretionary review, upon petitions by the State and defendants allowed by this Court on 3 February 1987, of a unanimous opinion of the Court of Appeals (*Arnold, J.,* with *Wells, J.,* and *Eagles, J.,* concurring) reported at 82 N.C. App. 749, 348 S.E. 2d 167 (1986), vacating judgments entered against defendants and remanding the cases with instructions to strike the felony charges against defendants and resentence them for the lesser included offense of misdemeanor breaking or entering.

*Lacy H. Thornburg, Attorney General, by Steven F. Bryant, Assistant Attorney General, for the State-appellant.*

*Charles A. Lloyd for defendant-appellee Humphries.*

*Charles L. White for defendant-appellee Jamison.*

PER CURIAM.

After reviewing the record and briefs and hearing oral arguments on the questions presented, we conclude that the petitions for discretionary review were improvidently allowed.

Petitions for discretionary review improvidently allowed.